UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 8:02-cr-359-T-23MAP

AARON M. BOWMAN
_____/

## **ORDER**

On July 19, 2006, the United States Probation Office filed a July 14, 2006, petition for an arrest warrant and alleged violations of the terms of the defendant's supervised release (Doc. 55).[1] The court granted the petition and issued the warrant, and the defendant was detained. At the hearing on September 26, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Jay Hoffer represented the United States.

The defendant admits committing the three Grade C violations described in numbered paragraphs one through three of the July 14, 2006, petition for arrest warrant. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States

---

[1] The defendant pled guilty to count one of the indictment, and on June 11, 2003, the court imposed a sentence of twelve months of imprisonment and twenty-four months of supervised release. On February 16, 2006, the court found that the defendant had violated the terms of his supervised release and imposed a sentence of sixty days of imprisonment and twenty-four months of supervised release.

Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to five (5) months of imprisonment with no supervised release to follow.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on September 26, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record